OTTAWA SILICA COMPANY, INC.,
Petitioner,

v.

NATIONAL LABOR RELATIONS
BOARD, Respondent.

and

Cylinder Gas, etc., Employees Local No.
283 Teamsters, Intervenor.

CYLINDER GAS, etc., EMPLOYEES LO-
CAL NO. 283 TEAMSTERS,
Petitioner,

v.

NATIONAL LABOR RELATIONS
BOARD, Respondent,

and

Ottawa Silica Company, Inc.,
Intervenor.

Nos. 72–1590 and 72–1700.

United States Court of Appeals,
Sixth Circuit.

Aug. 22, 1973.

George W. Moehlenhof, McDermott, Will & Emery, Chicago, Ill., for Ottawa Silica Co., Inc.; Gerald S. Patterson, Chicago, Ill., on brief; J. Mack Swigert, Taft, Stettinius & Hollister, Cincinnati, Ohio, of counsel.

Alan M. Levy, Milwaukee, Wis., for the Union; John S. Williamson, Jr., Milwaukee, Wis., on brief.

Gerard C. Smetana, Chicago, Ill., amicus curiae for Chamber of Commerce of the United States; Milton A. Smith, Gen. Counsel, Otto F. Wenzler, Labor Relations Counsel, Chamber of Commerce of the United States, Washington, D. C., and Lawrence M. Cohen, Herbert M. Berman, Chicago, Ill., on brief; Lederer, Fox & Grove, Chicago, Ill., on brief and of counsel.

Steven C. Kahn, Atty. N. L. R. B., for respondent; Peter G. Nash, Gen. Counsel, Patrick Hardin, Associate Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, Paul J. Spielberg, Atty. N. L. R. B., Washington, D. C., on brief.

* Judge Kent participated in the argument of this case but died on May 28, 1973, before judgment was entered.

Before WEICK, EDWARDS and KENT,* Circuit Judges.

ORDER

On receipt and consideration of the briefs, oral arguments and record in the above-styled case; and

Finding substantial evidence on the whole record in the unique circumstances of this case to support the findings of fact and conclusions of law of the Board majority,

Enforcement of the Board's order is granted to the extent outlined in the Decision and Order of the National Labor Relations Board, 197 N.L.R.B. No. 53 (1972).